# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER D. SCHOLL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MARTY ADE d/b/a NCK TOOLS, and<br>STEVEN E. ROBBINS, an individual;<br><br>Defendants. | 4:18CV3039<br><br>ORDER |

      This matter is before the Court following a telephonic hearing held with counsel for the parties on November 25, 2019. In accordance with matters discussed at the conference and after a review of the Plaintiff's Motion to Continue Trial (Filing No. 44), the Court finds good cause to grant the motion. Accordingly,

      **IT IS ORDERED** that the Plaintiff's Motion to Continue Trial (Filing No. 44), is granted, as follows:

1)      The Defendant is given leave to file an Amended Answer on or before **December 6, 2019**.

2)      The pretrial conference and trial in this case are cancelled.

3)      The parties shall submit proposed amended case progression deadlines on or before **December 6, 2019**.

4)      All other case progression deadlines are stayed.

Dated this 25th day of November, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge