IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER D. SCHOLL,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTY ADE, dba NCK TOOLS, INC., and STEVEN E. ROBBINS,<br><br>    Defendants. | 4:18-CV-3039<br><br>JUDGMENT |

IT IS ORDERED that judgment is entered for the plaintiff, Jennifer Scholl, and against the defendants, Marty Ade and Steven E. Robbins, jointly and severally, in the amount of $154,375.00.

Dated this 5th day of August, 2021.

BY THE COURT:

_____
John M. Gerrard
United States District Judge